Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Scott H. Jacobs (SBN 81980)
Email: shjacobs@reedsmith.com
Christopher O. Rivas (SBN 238765)
Email: crivas@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:    +1 213 457 8000
Facsimile:     +1 213 457 8080

Attorneys for defendant
CAPITAL ONE AUTO FINANCE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CLARA CROSSMAN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CAPITAL ONE AUTO FINANCE,<br><br>                    Defendant. | Case No. 2:07-cv-01306-MCE-EFB<br><br>**STIPULATION AND  ORDER TO EXTEND DISCOVERY CUT-OFF DATE FROM JULY 18, 2008 TO SEPTEMBER 18, 2008**<br><br>Complaint Filed:  July 2, 2007<br><br>Honorable Judge Morrison C. England, Jr. |

This Stipulation To Extend Discovery Cut-Off Date From July 18, 2008 To September 18, 2008 ("Stipulation") is entered into by and between plaintiff Clara Crossman ("Plaintiff") and defendant Capital One Auto Finance, Inc. ("Capital One") (collectively, "Parties") in light of the following facts:

## RECITALS

1.  On December 14, 2008, a Pretrial (Status) Scheduling Order was entered by this Court. The Court set the following pre-trial dates:

- Discovery Cut-Off:                            July 18, 2008
- Expert Witness Exchange Deadlines:
    - Initial:                            September 18, 2008;
    - Supplemental:                  October 8, 2008
- Dispositive Motions Hearing Cut-Off: November 18, 2008
- Final Pre-Trial Conference:            April 10, 2009, at 9:00 a.m.
- Joint Pre-Trial Conference Statement: March 20, 2009
- Production of Trial Exhibits:         May 4, 2009, at 3:00 p.m.
- Trial Date:                             May 11, 2009, at 9:00 a.m.

2.  The Parties have conducted written discovery in this action, including serving and responding to one set of interrogatories, requests for admissions, and requests for production. Documents have also been exchanged by the Parties in response to the requests for production.

3.  The Parties anticipate taking no less than four depositions, at least two of which will take place in Texas, and at least two of which will take place in Sacramento, California. The parties are currently meeting and conferring regarding available dates. Defendant's counsel is located in Los Angeles, California, and Plaintiff's counsel is located in San Diego, California, and thus, counsel for the Parties anticipate that extensive travel will be required in taking these

depositions.

4. The Parties will be seeking the deposition of Sergeant Eddie Fears, who is an active duty officer of the United States Army National Guard. The Parties anticipate that scheduling the deposition may require more time than usual based on Sergeant Fears' military status.

5. Additionally, Plaintiff has signed a release requesting her military records and the Parties are awaiting receipt of such records from the Army National Guard. The Parties require additional time to analyze these records, which may be voluminous, before conducting depositions, particularly the depositions of Sergeant Fears and of Plaintiff.

6. No extension or continuance of any other pre-trial deadline is requested by the Parties.

**STIPULATION**

NOW, THEREFORE, Plaintiff and Capital One hereby stipulate and agree that:

1. The Discovery Cut-Off be moved from July 18, 2008, to September 18, 2008; and

2. The extension of the Discovery Cut-Off shall not alter or modify any other pre-trial deadlines.

DATED:  July 2, 2008.                          **REED SMITH LLP**


By      /s/ Christopher O. Rivas
    Abraham J. Colman
    Scott H. Jacobs
    Christopher O. Rivas
    Attorneys for Defendant
    CAPITAL ONE AUTO FINANCE, INC.

DATED: July 2, 2008. **HYDE & SWIGART**

By  /s/ David J. McGlothlin
  Robert L. Hyde
  Joshua B. Swigart
  David J. McGlothlin
  Attorney for Plaintiff
  CLARA CROSSMAN

**ORDER**

The Court amends 12/14/2007 Pretrial (Status) Scheduling Order as follows:

Discovery Cut-Off:       September 18, 2008

Disclosure of Expert Witnesses:  November 18, 2008

Dispositive Motions Hearing Cut-Off: January 19, 2008

Final Pre-Trial Conference:    May 29, 2009 at 9:00 a.m. in Courtroom 7

Joint Pre-Trial Conference Statement: May 8, 2009

Trial Date:          July 13, 2009 at 9:00 a.m. in Courtroom 7

DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE