UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLARA CROSSMAN,  No. 2:07-cv-01306-MCE-EFB

    Plaintiff,

  v. **ORDER RE: SETTLEMENT AND DISPOSITION**

CAPITAL ONE AUTO FINANCE,

    Defendant.
_____/

Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.[1]

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before May 29, 2009.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

Dated: April 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In light of the Court's Order Re: Settlement and Disposition, the April 29, 2010 Final Pretrial Conference and June 14 2010 Jury Trial are vacated.