**HYDE & SWIGART**
San Diego, California

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA CROSSMAN, | Case No.: 2:07-CV-01306-MCE-EFB |
| Plaintiff, | |
| v. | **ODER OF DISMISSAL WITH PREJUDICE** |
| CAPITAL ONE AUTO FINANCE, | |
| Defendant. | **HON. MORRISON C. ENGLAND, JR.** |

Based upon the Parties' stipulation, and good cause appearing, this Court hereby orders the entire action, to be, and herewith is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  June 16, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com